IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR80** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **LANNY R. ILES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to amend his conditions of release (Filing No. 36). The Defendant asks to change his place of residence prior to his self surrender.

After consulting with the supervising U.S. Pretrial Services Officer, the Court finds that the motion should be granted.

IT IS ORDERED:

1. The Defendant's motion to amend his conditions of release (Filing No. 36) is granted; and

2. The Defendant's conditions of release are modified insofar as he may reside at the location described in the Defendant's motion pending self-surrender.

DATED this 4th day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge